1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

| | |
|---|---|
| 8  NORTHWEST LABORERS-EMPLOYERS<br>HEALTH & SECURITY TRUST, WESTERN<br>9  WASHINGTON LABORERS-EMPLOYERS<br>PENSION TRUST, NORTHWEST LABORERS-<br>10  EMPLOYERS TRAINING TRUST, and<br>WASHINGTON AND NORTHERN IDAHO<br>11  DISTRICT COUNCIL OF LABORERS and its<br>Affiliated Union Locals<br>12<br>                        Plaintiffs<br>13     v.<br>14  BARRY CIVIL CONSTRUCTION, INC.<br>15                       Defendant | NO.<br><br>COMPLAINT FOR BREACH OF<br>COLLECTIVE BARGAINING<br>AGREEMENT |

16    COME NOW PLAINTIFFS, and for their cause of action, allege as follows:

17    1.    Plaintiffs Northwest Laborers-Employers Health & Security Trust, Western

18  Washington Laborers-Employers Pension Trust, and Northwest Laborers-Employers Training

19  Trust (Trusts) are joint labor-management employee benefit trusts created pursuant to §

20  302(c)(5) of the Labor-Management Relations Act (the Act), 29 U.S.C. § 186(c)(5) and bring

21  this action in accordance with §§ 502(d)(1), 502(a)(3) and 515 of the Employee Retirement

22  Income Security Act of 1974 (ERISA), 29 U.S.C. § 1001, et seq.

COMPLAINT FOR BREACH OF
COLLECTIVE BARGAINING AGREEMENT—1

**STOLL LAW GROUP,** PLLC
2033 Sixth Avenue — Suite 993
Seattle, WA  98121-2527
Telephone 206-623-2855
Fax 206-667-9805

2.      Plaintiff Washington and Northern Idaho District Council of Laborers and its affiliated Union Locals (Union) is a labor organization that has its principal office located at 3909 164th Street SW, Lynnwood, Washington.

3.      Defendant Barry Civil Construction, Inc. (Employer) is engaged in business within the jurisdiction of this Court, and such business affects commerce within the meaning of § 301(a) of the Act, 29 U.S.C. § 185(a).

4.      Jurisdiction is conferred on this Court by § 301(a) of the Act, 29 U.S.C. § 185(a) and §§ 502(a)(3) and 502(e)(2) of ERISA, 29 U.S.C. § 1132(a)(3) and § 1132(e)(2).

5.      At all times material the Employer and the Union were parties to a collective bargaining agreement (Labor Agreement) and Trust agreements, material parts of which are set forth in Exhibits A and B to this Complaint.  Plaintiff Trusts are third-party beneficiaries to the Labor Agreement.

6.      The Employer has failed to abide by the terms and conditions set forth in the Labor Agreement and Trust Agreements and is and continues to be delinquent in the payment of fringe benefit contributions in the known amount of $36,588.64 covering the period June 2011 through February 2016.

7.      Under the terms of the Labor Agreement and Trust Agreements to which the Employer is bound, the Employer is also obligated to pay all liquidated damages in the amount of fifteen percent (15%) of the delinquent contributions owing, interest computed at the rate of fifteen percent (15%) per annum, and costs and expenses incurred, including reasonable attorney fees.

/ / /

COMPLAINT FOR BREACH OF
COLLECTIVE BARGAINING AGREEMENT—2

STOLL LAW GROUP, PLLC
2033 Sixth Avenue — Suite 993
Seattle, WA  98121-2527
Telephone 206-623-2855
Fax 206-667-9805

1    As a result of its delinquent reporting and payments to the Trusts, the Employer

2  owes liquidated damages in the known amount of $16,059.07 and interest in the known amount

3  of $17,739.29.

4    8.    The total known amount owing as of the filing of this Complaint is $70,387.00,

5  all of which is due and payable under the terms of the Labor Agreement and Trust Agreements.

6  The Employer's failure to pay is also a violation of § 515 of ERISA, 29 U.S.C. § 1145.

7    9.    On July 6, 2016, the Employer stipulated to waive any potential statute of

8  limitations defense to claims arising from and/or relating to amounts identified in the parties'

9  settlement agreement executed December 7, 2011. See Exhibit C. The December 7, 2011

10 settlement agreement related to amounts then known to be owing for December 2010 through

11 September 2011.

12    10.    On January 17, 2017, the parties executed a second settlement agreement, which

13 referenced the Employer's July 6, 2016 stipulation waiving any potential statute of limitations,

14 and established all amounts then known to be owing.

15    Further on January 17, 2017, the Employer stipulated to judgment, which

16 stipulation includes contributions of $36,588.64, liquidated damages of $16,059.07, and interest

17 of $17,739.29, as described in paragraphs 6 through 9 above, post-judgment interest at fifteen

18 percent (15%) per annum from the date of delinquency, auditor fees of $966.40, costs of

19 $500.00, and attorney fees of $2,000.00.

20    WHEREFORE, Plaintiffs pray for the following relief:

21    (a)    Judgment against Barry Civil Construction, Inc. covering the period June 2011
         through February 2016 in the amount of $36,588.64 representing fringe benefit
22         contributions, $16,059.07 representing liquidated damages, and $17,739.29
         representing interest;

COMPLAINT FOR BREACH OF
COLLECTIVE BARGAINING AGREEMENT—3

**STOLL LAW GROUP,** PLLC
2033 Sixth Avenue — Suite 993
Seattle, WA  98121-2527
Telephone 206-623-2855
Fax 206-667-9805

1      (b)     All costs and attorney fees incurred; and

2      (c)     Such other relief as the Court deems just and equitable.

3             DATED November 10, 2017

4

5                                  s/ Mary L. Stoll

6                                  Mary L. Stoll, WSBA No. 16446
                                 Attorney for Plaintiff Trusts and Union

7                                  Stoll Law Group, PLLC
                                 2033 Sixth Avenue, Suite 993

8                                  Seattle WA  98121-2527
                                 Telephone 206-623-2855

9                                  Fax 206-667-9805
                                 Email marys@mlstoll-law.com

10

11

12

13

14

15

16

17

18

19

20

21

22

COMPLAINT FOR BREACH OF
COLLECTIVE BARGAINING AGREEMENT—4

STOLL LAW GROUP, PLLC
2033 Sixth Avenue — Suite 993
Seattle, WA  98121-2527
Telephone 206-623-2855
Fax 206-667-9805