THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST LABORERS-EMPLOYERS HEALTH & SECURITY TRUST, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BARRY CIVIL CONSTRUCTION, INC., <br><br> Defendant. | CASE NO. C17-1696-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. The parties are ORDERED to file the appropriate dismissal paperwork or a joint status report outlining the status of the parties' negotiations by November 9, 2018.

DATED this 25th day of October 2018.

                                             William M. McCool
                                             Clerk of Court

                                             s/Tomas Hernandez
                                             Deputy Clerk